**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  JACQUELINE L. STANEK                                  Case Number: 04-74114
        402 BURBANK AVENUE              SSN-xxx-xx-2600
        WOODSTOCK, IL  60098

                                                    Case filed on:    8/17/2004
                                                    Plan Confirmed on: 11/12/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $15,118.14          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY STEVEN J BRODY | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
|  | Total Legal | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
| 201 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JACQUELINE L. STANEK | 0.00 | 0.00 | 678.54 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 678.54 | 0.00 |
| 001 | FORD MOTOR CREDIT CORP | 3,377.57 | 3,377.57 | 3,377.57 | 145.92 |
| 009 | GLENN & KATHY STANEK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 3,377.57 | 3,377.57 | 3,377.57 | 145.92 |
| 002 | ECAST SETTLEMENT CORPORATION | 3,670.97 | 3,670.97 | 924.37 | 0.00 |
| 003 | ROUNDUP FUNDING LLC | 13,743.45 | 13,743.45 | 3,460.68 | 0.00 |
| 004 | RESURGENT CAPITAL SERVICES | 426.09 | 426.09 | 107.30 | 0.00 |
| 005 | CAPITAL ONE | 8,593.29 | 8,593.29 | 2,163.83 | 0.00 |
| 006 | DISCOVER FINANCIAL SERVICES | 6,330.66 | 6,330.66 | 1,594.09 | 0.00 |
| 007 | KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORP. | 2,485.73 | 2,485.73 | 625.91 | 0.00 |
|  | Total Unsecured | 35,250.19 | 35,250.19 | 8,876.18 | 0.00 |
|  | Grand Total: | 39,727.76 | 39,727.76 | 14,032.29 | 145.92 |

Total Paid Claimant:      $14,178.21
Trustee Allowance:        $939.93
Percent Paid Unsecured:   25.18

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                    /s/ Lydia S. Meyer
                                    Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/30/2007              By  /s/Heather M. Fagan